# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| JOYCE JACKSON, | ) |
|     Plaintiff, | ) |
| v. | ) No. 14-cv-2240-SHL-dkv |
| THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA and SHIRLEY JACKSON, | ) |
|     Defendants. | ) |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Defendant The Guardian Life Insurance Company of America's ("Guardian") Notice of Removal (ECF No. 1), filed April 4, 2014,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with this Court's Order Granting Motion for Judgment on the Administrative Record, filed May 8, 2015 (ECF No. 28), all Plaintiff's claims against Guardian are hereby DISMISSED WITH PREJUDICE. Plaintiff's claims against Defendant Shirley Jackson are hereby DISMISSED WITHOUT PREJUDICE.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
UNITED STATES DISTRICT JUDGE

May 8, 2015
Date